# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0425

_____

D.B.,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN & FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.

April 25, 2025

PER CURIAM.

    DISMISSED for lack of jurisdiction.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

D.B., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.